IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNATHAN WELBORN                                   PLAINTIFF

v.                  CASE NO. 4:19-CV-00439 BSM

TOYA PARKER, et al.                                    DEFENDANTS

## ORDER

Johnathan Welborn has failed to pay the $400 filing fee or file a completed motion to proceed *in forma pauperis* as ordered. His complaint therefore is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE