# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNATHAN WELBORN                                                                 PLAINTIFF

v.                          CASE NO. 4:19-CV-00439 BSM

TOYA PARKER, et al.                                                             DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of August 2019.

                                                      UNITED STATES DISTRICT JUDGE